# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**APRIL ORTIZ,**

    **Plaintiff,**

v.                                                   Case No: 6:13-cv-1946-Orl-18KRS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE comes for consideration on Plaintiff April Ortiz's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner"), which the Court referred to United States Magistrate Judge Karla R. Spaulding for a report and recommendation. Ortiz filed objections (Doc. 25) to Judge Spaulding's Report and Recommendation (Doc. 22). Having reviewed the Report and Recommendation, Ortiz's objections, and the Commissioner's response, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 22) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this _12_ day of January, 2015.

                                                           G. KENDALL SHARP
                                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record